UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MOORE,<br><br>          Plaintiff,<br><br>    v.<br><br>NKIRUKA AKABIKE,<br><br>          Defendant. | Case No. 1:20-cv-01089-HBK (PC)<br><br>ORDER STRIKING UNAUTHORIZED PLEADING[1]<br><br>(Doc. No. 25) |

Pending before the Court is Plaintiff Steven Moore's pleading entitled "Motion to Include Submitted Evidence from rejected First Amended Complaint." (Doc. No. 25, "Motion"). For the reasons set forth below, the Court will direct the Clerk of Court to strike Plaintiff's unauthorized pleading.

In his Motion, Plaintiff requests to file with the Court "documentary evidence" that he previously attempted to file with an unauthorized First Amended Complaint. (*Id*. at 2). This includes Plaintiff's medical records and "additional affidavids [sic]" from unknown persons. (*Id*.). The evidence is not attached to the Motion.

As Plaintiff was advised at the outset of this litigation:

> The Court will not serve as a repository for evidence. The parties

---

[1] This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 (E.D. Cal. 2022).

> may not file evidence (prison, disciplinary or medical records, witness affidavits, etc.) with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise. Evidence improperly submitted to the Court may be stricken/returned.

(Doc. No. 3 at 3, ¶ J). Accordingly, Plaintiff's Motion will be ordered stricken because Plaintiff has submitted evidence that is unrelated to a motion for summary judgment, trial, or Court request. Furthermore, to the extent the Court construes Plaintiff's filing as a motion, it is deficient because it fails to comport with this Court's procedural rules and local rules of which Plaintiff was advised. (*See* Doc. No. 3 at ¶¶ C, E, F advising pro se prisoner of Fed. R. Civ. P. 7, Local Rules 131, 133).

Accordingly, it is **ORDERED:**

The Clerk of Court is directed to strike Plaintiff's pleading (Doc. No. 25).

Dated:   October 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE