UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PAUL MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NKIRUKA AKABIKE,<br><br>　　　　Defendant. | Case No. 1:20-cv-01089-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 38, 43 |

　　　　Plaintiff Steven Paul Moore is a state prisoner proceeding pro se and in forma pauperis on his complaint filed pursuant to 42 U.S.C. § 1983.  Doc. 1.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 10, 2024, defendant Nkiruka Akabike moved for summary judgment as to plaintiff's Eighth Amendment claim for deliberate indifference to medical needs.  Doc. 38.  Plaintiff filed objections to defendant's motion on January 6 and January 10, 2025.  Docs. 40, 41.  Defendant replied on January 21, 2025.  Doc. 42.

　　　　On April 23, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion be granted.  Doc. 43.  Specifically, the magistrate judge found that defendant acted reasonably in her medical decision-making and was not deliberately indifferent to plaintiff's serious medical needs, and that plaintiff had failed to show a material dispute of fact regarding this issue.  *Id.*  The findings and recommendations were served on

plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* at 19. No objections have been filed, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 23, 2025, Doc. 43, are adopted in full;
2. Defendant's motion for summary judgment, Doc. 38, is granted; and
3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment in favor of defendant.

IT IS SO ORDERED.

Dated:   July 17, 2025

UNITED STATES DISTRICT JUDGE

2